```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 08-60453-CIV-ZLOCH
```

LARRY SPELLS,

    Plaintiff,

vs.                     **FINAL ORDER OF DISMISSAL**

JERRY MITCHELL, et al.,

    Defendants.

_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 3) filed herein by United States Magistrate Judge Patrick A. White. No objections have been filed to said Report. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report Of Magistrate Judge (DE 3) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of April, 2008.

                                    _/s/ William J. Zloch_
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:
See attached Mailing List

LARRY SPELLS vs. JERRY MITCHELL, et al.
CASE NO. 08-60453-CIV-ZLOCH

The Honorable Patrick A. White
United States Magistrate Judge

Larry Spells, Pro Se
#56929
Hendry Correctional Institution
2551 Wainwright Drive
Immokalee, FL 34142